**Kramer Levin**

**John P. Coffey**  
Partner  
T  212-715-9456  
F  212-715-8000  
scoffey@kramerlevin.com

1177 Avenue of the Americas  
New York, NY 10036  
T  212.715.9100  
F  212.715.8000

April 18, 2019

<u>**VIA ECF**</u>

The Honorable Paul A. Engelmayer  
United States District Court  
Southern District of New York  
40 Foley Square, Room 2201  
New York, NY 10007

Re:  *Nasdaq, Inc. v. Exchange Traded Managers Group, LLC et al.*  No. 1:17-CV-08252 (PAE)

Dear Judge Engelmayer,

      Pursuant to Rule 5.C. of Your Honor's Individual Rules, we write to inform the Court and opposing counsel that ETFMG intends to cross-examine the following witnesses at trial for whom Nasdaq has submitted direct testimony affidavits:

1. Terry Wade;
2. David Gedeon;
3. Casey Freire; and
4. Vinita M. Juneja, Ph.D.

                            Respectfully submitted,

                            <u>/s/ John P. Coffey</u>  
                              John P. Coffey

cc: Counsel for Nasdaq (via ECF)