UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NASDAQ, INC., <br><br> Plaintiff, <br><br> -v- <br><br> EXCHANGE TRADED MANAGERS GROUP, LLC, and ETF MANAGERS GROUP, LLC, <br><br> Defendants. | 17 Civ. 8252 (PAE) <br><br> ORDER |

PAUL A. ENGELMAYER, District Judge:

Upon review of the record, the Court is unable to find profit and loss statements for SILJ between August 2016 and July 2017. The Court requests the parties jointly to direct the Court to such documents, if they exist in the record. If they do not, the Court invites, but does not require, the parties to stipulate to the profit or loss for SILJ for each month during that period by **Thursday, December 4, 2019**. The Court does not invite argument on this point.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: December 3, 2019
New York, New York