# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

1:17-cv-08252-PAE

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of February, two thousand twenty.

Before:        Susan L. Carney,
                      *Circuit Judge.*

_____

Nasdaq, Inc.,

   Plaintiff-Counter-Defendant - Appellee,

v.

ETF Managers Group, LLC, Exchange Traded Managers Group, LLC,

   Defendants-Counter-Claimant – Appellants.

_____

**ORDER**

Docket No. 20-300

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Mar 16 2020

The parties jointly move to hold this appeal in abeyance until such time as the parties have fulfilled their obligations under the settlement agreement executed on February 4, 2020.

IT IS HEREBY ORDERED that the motion is GRANTED. The parties are directed to submit status update letters every 30 days, beginning with 30 days from the date of this order.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 03/16/2020